

*EXHIBIT 1*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Autoridad de Energía Eléctrica de Puerto Rico
Distrito de Arecibo



Apartado 1148
Arecibo, PR 00612

Servicio al Cliente
Tel. 816-6262
Fax: 816-6238

1 de febrero de 2011

CORREO CERTIFICADO 7008 0500 0000 9502 9678

FUN VALLEY PARK INC
PO BOX 93
CAMUY PR 00627-0093

Estimado cliente:

### SOLICITUD DE FIANZA – CUENTA 071-0521001-003

Según nuestros archivos el servicio de energía bajo la cuenta de referencia carece de fianza desde el 16 de septiembre de 2010. Este es un requisito indispensable para todo servicio de electricidad, según el procedimiento de nuestra Agencia.

El 13 de enero de 2011, se le otorgaron diez (10) días para la prestación de una fianza por la cantidad de **$15,000.00 global.** Nuevamente, le concedemos hasta el 11 de febrero de 2011, para que presente el depósito solicitado, de manera que podamos continuar ofreciendo el servicio en la cuenta antes mencionada.

De no cumplir con este requisito en la fecha mencionada, **procederemos a desconectar el servicio de energía eléctrica.** La Autoridad no se responsabiliza por los daños que la desconexión pueda ocasionar. Además, le informamos que si la fianza es respaldada bajo una casa aseguradora, recuerde que la misma debe estar según el nombre y dirección que aparece en su factura.

De surgirle alguna duda favor de comunicarse al (787) 816-6264 o visitar nuestra oficina ubicada en la Ave. Juan Rosado 196 en Arecibo.

Atentamente,

Adalberto Rubio Cruz
Gerente de Distrito
Comercial Arecibo

bgs

*"Somos un patrono con igualdad de oportunidades en el empleo y no discriminamos por razón de raza, color, sexo, edad, origen social o nacional, condición social, afiliación política o religiosas, impedimento físico, mental o ambos o condición de veterano."*