

*EXHIBIT 2*

**MAPFRE PRAICO INSURANCE COMPANY**

EDIFICIO MAPFRE, URB TRES MONJITAS INDUSTRIAL, 297 AVE. CARLOS CHARDON, SAN JUAN PR
PO BOX 70333, SAN JUAN PR 00936-8333

**MAPFRE | PUERTO RICO**

AEE 960.0-68
Rev. 8-94

AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO
*PUERTO RICO ELECTRIC POWER AUTHORITY*

FIANZA SOBRE CONTRATO DE SERVICIO ELECTRICO
*ELECTRIC SERVICE CONTRACT BOND*

Fianza Núm. / Bond No. 1303118000181
Cuenta Núm. / Account No. 071-0521001-003

1. Nosotros      FUN VALLEY PARK, INC.
   *We,*         PO BOX 93   CAMUY PR 00627-0093

   como Principal, y       MAPFRE PRAICO INSURANCE COMPANY       una corporación autorizada a hacer negocios
   *as Principal, and*                                           *a  corporation  authorized  to  transact*

   en el Estado Libre Asociado de Puerto Rico, como Asegurador, por la presente nos obligamos a favor de la Autoridad
   *business in the Commonwealth of Puerto Rico, as Surety, are hereby held and firmly bound unto Puerto Rico*

   de Energía Eléctrica, una corporación pública del Estado Libre Asociado como Beneficiario, por la suma de
   *Electric Power Authority, a public corporation of the Commonwealth of Puerto Rico, as Obligee, in the penal sum of*

   CINCO MIL Y 00/100                                                                dólares   ($ ******5,000.00 )
                                                                                     *dollars*

   por el pago de cuya suma a su fecha fielmente, nos obligamos solidariamente nosotros, nuestros herederos,
   *of which sum well and truly to be made, we bind ourselves, our heirs, executors, administrators, and successors, jointly*

   mandatarios, administradores y sucesores.
   *and severally, firmly by these presents.*

2. Esta obligación se constituye como una condición para el suministro de energía eléctrica por el Beneficiario al Principal,
   *This obligation shall constitute a condition for the supply of electric energy to the Principal*

   para garantizar el pago por consumo de energía eléctrica, renta de equipos y transformadores y toda obligación
   *to guaranty the payment of electrical service, rent of equipment and power transformers, and any other*

   económica accesoria y relacionada con el suministro del referido servicio de energía eléctrica
   *economic liabilities related to such services rendered*

   por el Beneficiario al Principal en      ARR. 10 KM 83. BO. TANAMA ARECIBO PR
   *by the Obligee to the Principal at*

   por todo el tiempo que el Principal utilice dicho servicio en tal localidad,
   *for as long as The Principal shall make use of electrical service at above indicated location,*

   comenzando en  21  de  ENERO    de 2011 .
   *commencing on*

**MAPFRE PRAICO INSURANCE COMPANY**
EDIFICIO MAPFRE, URB TRES MONJITAS INDUSTRIAL, 297 AVE. CARLOS CHARDÓN, SAN JUAN PR
PO BOX 70333, SAN JUAN PR 00936-8333



-2-

3. Este contrato se entenderá estar condicionado por y sujeto a todas las Reglas y Reglamentos de la Autoridad de
   This Contract Bond shall be construed as conditioned by and subject to all Puerto Rico Electric Power Authority Rules

   Energía Eléctrica que existan o puedan existir en el futuro, relativas y aplicables al Contrato de Servicio Eléctrico entre
   and Regulations existing or that may in the future exist concerning and applicable to the Service Contract between

   el Principal y el Beneficiario, cuyas Reglas y Reglamentos se hacen formar parte de esta Fianza de Garantía de
   Principal and Obligee, which Rules and Regulations are made part of this

   Contrato de Servicio Eléctrico, como si se transcribieran aquí literalmente.
   Contract Bond as if copied at length herein.

4. Esta fianza será ejecutable, y el Asegurador pagará prontamente al Beneficiario, cualesquiera sumas que le sean
   This Contract Bond shall be executable, and Surety shall promptly pay whatever sums are claimed to them by Obligee,

   reclamadas cuando el Principal incurra en mora en el pago de sus facturas vencidas; y el hecho que el Beneficiario no
   whenever Principal incurs in any delay in payment of bills due; and the fact that Obligee does not make any such

   haga una o más de tales reclamaciones cuando ocurran tales retrasos, no constituirá renuncia del Beneficiario para
   claims, if any such delays are incurred, shall not be construed to deprive Obligee of the right herein granted to make any

   hacer tal(es) reclamación(es) cuando quiera luego de que se incurra en atrasos subsiguientes.
   such a claim whenever such delays further be incurred into.

5. El Asegurador vendrá obligado al pago de las sumas objeto de esta fianza en cualquier tiempo, con sujeción solo a las
   Surety shall pay Obligee the penal sum convened at any time, limited only by the statute of limitations applicable to

   leyes de prescripción aplicables al Principal, renunciando el Asegurador a cualesquiera otros términos de prescripción
   Principal, and Surety hereby waives all other terms on statute of limitations or caducity that may be applicable to

   o caducidad relativas al Contrato de Fianza.
   bonding contracts.

6. El Beneficiario, cuando el Asegurador lo requiera, le informará con diligencia razonable el estado de cuenta del Principal
   Obligee, whenever Surety so requests, will inform within reasonable time the status of the account of Principal under the

   bajo el Contrato de Servicio Eléctrico.
   Service Contract.

   El aviso del último estado de la cuenta del Principal bajo el Contrato de Servicio Eléctrico será aviso suficiente a tal fin.
   Remittance of last bill of Principal under the Service Contract will be considered sufficient and adequate notice of status
   of the account.

7. Este contrato puede ser cancelado en cualquier tiempo, previo aviso escrito de sesenta (60) días a la otra parte, como
   This Contract Bond may be cancel at any time upon giving sixty (60) days written notice to other party, as follows:

   sigue:

   A. Por el Asegurador al Beneficiario por cualquier causa, o sin causa, en cuyo caso la responsabilidad del Asegurador
      By Surety to Obligee, for any cause, or no cause, in which event the Surety's liability shall cease and terminate at

      se extenderá hasta sólo el vencimiento de dichos sesenta días.
      the expiration of said sixty days.

**MAPFRE PRAICO INSURANCE COMPANY**
EDIFICIO MAPFRE, URB TRES MONJITAS INDUSTRIAL, 297 AVE. CARLOS CHARDÓN, SAN JUAN PR
PO BOX 70333, SAN JUAN PR 00936-8333



-3-

B. Por la Autoridad de Energía Eléctrica, si el récord refleja que el servicio utilizado por el Principal ha aumentado
*By Puerto Rico Electric Power Authority, if record shows that service used by principal has been increased*

en tal forma que este Contrato de Fianza resulta ya insuficiente, disponiéndose que en tales casos el Principal y el
*to such degree that such cases Principal and Surety may, within such sixty days, subscribe an*

Asegurador podrán, dentro de los sesenta días a partir de la fecha del aviso, suscribir y remitir al Beneficiario un
*endorsement increasing the face amount of this Contract Bond to whatever amount is then considered*

endoso aumentando la cuantía de este Contrato de Fianza a aquella suma que se estime adecuada. La cancelación
*adequate. Cancellation by Puerto Rico Electric Power Authority forfeit its right to claim from Surety*

de este Contrato de Fianza por el Beneficiario no constituirá renuncia de la Autoridad de Energía Eléctrica para
*any amount due used by Principal up to date of cancellation and within the limits of this contract.*

reclamar del Asegurador cualquier suma adeudada por el Principal hasta la fecha de cancelación y dentro de los
límites de este contrato.

C. El aviso de cancelación se entregará personalmente o se enviará por correo certificado con acuse de recibo.
*The notice of cancellation shall be personally delivered or sent by mail with return receipt request.*

Cuando la cancelación sea hecha por el Asegurador, el aviso de cancelación se tendrá que entregar personalmente
*When the cancellation of the Contract Bond is made by the Surety, the notice of cancellation must be personally*

o tendrá que enviarse por correo certificado con acuse de recibo a la dirección de la Oficina de Distrito del
*delivered or sent by return receipt mail request to the address of the District office of the Obligee which handles the*

beneficiario que administra la cuenta del Principal.
*account of the Principal.*

Si se trata de una fianza global que garantiza cuentas correspondientes a diferentes distritos, el aviso de cancelación
*In the event of Contract Bond which warrants more than one account handled by different district offices, the notice of*

se entregará o enviará a la atención del Director de Servicio al Cliente.
*cancellation must be delivered or mailed to the attention of the Director of Customer Service.*

En cualquiera de ambos casos copia del aviso de cancelación será enviada al Principal.
*In any of the two aforementioned cases, a copy of the cancellation notice must be sent to the Principal.*

8. En caso que el Principal cumpla fielmente cada una y todas las obligaciones bajo el Contrato de Servicio Eléctrico, en la
*Now, therefore, if the Principal shall well and truly keep, do and perform each and every, all and singular, the matters*

forma, tiempo, maneras especificadas en dicho contrato, y pague y reembolse al Beneficiario cualesquiera créditos,
*and things in said contract set forth and specified to be by the said Principal kept, done and performed at the time and in*

pérdida o daños que al Beneficiario favorezcan como resultado de cualquier retraso o incumplimiento del Principal,
*the manner in said contract specified, and shall pay over, make good and reimburse to the obligee may sustain by*

entonces este Contrato de Fianza se tendrá por no ejecutable; de lo contrario permanecerá en toda su fuerza y vigor.
*reason of failure or default on the part of said obligee all loss and damage which said Principal, then this obligation shall be void; otherwise to be and remain in full force and effect.*

9. En caso de conflicto en la interpretación de las palabras o frases de este contrato, prevalecerá la versión en español.
*In case of conflict as to the meaning of words and phrases of this contract, the Spanish version shall prevail.*

En testimonio de lo cual, las partes arriba obligadas suscriben este instrumento bajo los correspondientes sellos
*In witness whereof, the above bound parties have executed this instrument under their several seals*

oficiales, hoy día 21 de ENERO de 2011, insertándose y estampándose con el nombre y sello
this       day of                                , the name and corporate seal of each corporate party being hereto

JF_303_FMISC8 (C)
08/08 1422598

T.787-250-6500 F.787-250-5370
¡Vive Seguro!

**MAPFRE PRAICO INSURANCE COMPANY**
EDIFICIO MAPFRE, URB TRES MONJITAS INDUSTRIAL, 297 AVE. CARLOS CHARDÓN, SAN JUAN PR
PO BOX 70333, SAN JUAN PR 00936-8333



-4-

otorgado por los oficiales autorizados en sus cuerpos directivos.
*affixed and these presents duly signed by its undersigned representatives pursuant to authority of its governing body.*

TESTIGOS: _____
WITNESS:         CARLOS J VALENZUELA

_____              _____  SELLO
    Si individuo o agencia                        FUN VALLEY PARK, INC.       SEAL
    *(If individual or firm)*                           Principal

                                            Por:
                                            By: _____  SELLO
_____                                                  SEAL
        Si corporación
        *(If corporation)*

DOY FE:                                     _____  SELLO
ATTEST:                                     MAPFRE PRAICO INSURANCE COMPANY   SEAL
                                                    Asegurador
                                                    *(Surety)*

Por:                                        Por:
By: _____          By: _____  SELLO
                                                  ROBERTO A. DE SOTO LOPEZ     SEAL
                                                    Representante Legal
                                                    *(Attorney in Fact)*

6

En testimonio de lo cual, las partes arriba obligadas suscriben este instrumento bajo los
In witness whereof, the above bound parties have executed this instrument under their several
correspondientes sellos oficiales, hoy 17 enero, 2011, insertándose y estampándose
seals this, the name and corporate seal of each corporate party

con el nombre y sello corporativo, y otorgado por los oficiales autorizados en sus cuerpos
being hereto affixed and these presents duly signed by its undersigned representative pursuant

directivos.
to authority of its governing body.

Testigo:
Witness:

_____              FUN VALLEY PARK INC.                     Sello
(Si individual o agencia) (If individual or firm)          _____          Seal
                                                                  (Principal)

_____              _____          Sello
(Si corporación) ( If corporation)                                                      Seal

                                    Por:
                                    By:    Universal Insurance Company
                                           _____          Sello
                                                  Asegurador                              Seal
                                                   (Surety)

Doy fe:
Attest:

Por:                                Por:
By:                                 By:

_____     _____                 Sello
                                         Representante Legal                              Seal
                                         (Attorney in fact)
                                         Carlos J. Tabaro

---

Eastern America Insurance Agency
PO Box 193900 San Juan Puerto Rico 00919-3900
T: (787) 273-1288  F: (787) 620-4266  www.universalpr.com

**UNIVERSAL Eastern**

FACTURA

| | | |
|---|---|---|
| 100067957 | 100067957 | 01/17/2011 |

| COMPANIA: | Universal Insurance Company |
|---|---|
| EXPLICACION: | NUEVA FIANZA |

| EFECTIVIDAD | EXPIRACION | 1028934 |
|---|---|---|
| | | CANTIDAD |
| 01/17/2011 | 01/17/2012 | $ 100.00 |

ASEGURADO:
FUN VALLEY PARK INC.
PO BOX 93
CAMUY PR 00627-0093

PRODUCTOR:
P1905 - HERIBERTO FLORES MELENDEZ

POR FAVOR ENVIE EL PAGO EN O ANTES DEL
01/17/2011
PARA EVITAR CANCELACION. NO SE ENVIARAN
MAS AVISOS POR COBROS. FAVOR DE ANOTAR
EN SU CHEQUE: NUM. DE POLIZA, NUM. DE FACTURA
O NUM. DE EXPEDIENTE.

DESPRENDA Y ENVIE EL CUPON CON SU PAGO. SI YA ENVIO EL PAGO POR FAVOR IGNORE ESTE AVISO

**EASTERN AMERICA**

# EASTERN AMERICA INSURANCE AGENCY, INC.
METRO OFFICE PARK LOTE 10, CAPARRA HEIGHTS, PR 00921
PO BOX 193900 SAN JUAN, PR 00919-3900
TEL (787) 273-1288

ASEGURADO:                                                       CUPON DE PAGO
                                                                 FACTURA

FUN VALLEY PARK INC.
PO BOX 93
CAMUY PR 00627-0093

| 100067957 | 100067957 | 01/17/2011 |
|---|---|---|

| 1028934 | $ 100.00 |
|---|---|

ENVIE SU PAGO A LA SIGUIENTE DIRECCION:

---

MAPFRE PRAICO INSURANCE COMPANY                       **MAPFRE | PUERTO RICO**
EDIFICIO MAPFRE, URB TRES MONJITAS INDUSTRIAL, 297 AVE. CARLOS CHARDON, SAN JUAN PR
               PO BOX 70333, SAN JUAN PR 00936-8333

AEE 960.0-68           AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO
Rev. 8-94                 PUERTO RICO ELECTRIC POWER AUTHORITY
                       FIANZA SOBRE CONTRATO DE SERVICIO ELECTRICO
                            ELECTRIC SERVICE CONTRACT BOND
                                      Fianza Núm. / Bond No. 1303118000181
                                      Cuenta Núm. / Account No. 071-0521001-003

1. Nosotros     FUN VALLEY PARK, INC.
   We,          PO BOX 93   CAMUY PR 00627-0093

como Principal y    MAPFRE PRAICO INSURANCE COMPANY         una corporación autorizada a hacer negocios

FEB-02-2011 12:36 PM    FUN VALLEY PARK         7878160518              P.01

**Eastern America Insurance Agency**
PO Box 193900 San Juan Puerto Rico 00919-3900
T: (787) 273-1288  F: (787) 620-4265  www.universalpr.com

**UNIVERSAL Eastern**

FACTURA

ASEGURADO:
FUN VALLEY PARK INC.
PO BOX 93

CAMUY PR 00627-0093

PRODUCTOR:
P1905 - HERIBERTO FLORES MELENDEZ

| NUM DE FIANZA | NUM DE FACTURA | FECHA |
|---|---|---|
| 100067957 | 100067957 | 01/17/2011 |

| COMPANIA: | Universal Insurance Company |
|---|---|
| EXPLICACION: | NUEVA FIANZA |

| CUBIERTA | | NO EXPEDIENTE |
|---|---|---|
| EFECTIVIDAD | EXPIRACION | 1028934 |
| | | CANTIDAD |
| 01/17/2011 | 01/17/2012 | $ 100.00 |

POR FAVOR ENVIE EL PAGO EN O ANTES DEL
01/17/2011
PARA EVITAR CANCELACION. NO SE ENVIARAN
MAS AVISOS POR COBROS. FAVOR DE ANOTAR
EN SU CHEQUE: NUM. DE POLIZA, NUM. DE FACTURA
O NUM. DE EXPEDIENTE.

DESPRENDA Y ENVIE EL CUPON CON SU PAGO. SI YA ENVIO EL PAGO POR FAVOR IGNORE ESTE AVISO



# EASTERN AMERICA INSURANCE AGENCY, INC.
METRO OFFICE PARK LOTE 10, CAPARRA HEIGHTS, PR 00921
PO BOX 193900 SAN JUAN, PR 00919-3900
TEL (787) 273-1288

ASEGURADO:

FUN VALLEY PARK INC.
PO BOX 93

CAMUY PR 00627-0093

CUPON DE PAGO
FACTURA

| NUM DE FIANZA | NUM DE FACTURA | FECHA |
|---|---|---|
| 100067957 | 100067957 | 01/17/2011 |

| NUM EXPEDIENTE | CANTIDAD |
|---|---|
| 1028934 | $ 100.00 |

ENVIE SU PAGO A LA SIGUIENTE DIRECCION:
EASTERN AMERICA INSURANCE AGENCY, INC.
PO BOX 193900 SAN JUAN, PR 00919-3900

LU-001

AEE 960-0-68
Rev. 8-94

## AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO
## PUERTO RICO POWER AUTHORITY

### FIANZA SOBRE CONTRATO DE SERVICIO ELECTRICO
### ELECTRIC SERVICE CONTRACT BOND

FIANZA NUM.: 100067957
BOND NO.

**Cuenta Num. 071-0521001-003**

1. Nosotros, **FUN VALLEY PARK INC.**
   We,
   como Principal, y **Universal Insurance Company**
   as Principal, and

   una corporación autorizada a hacer negocios en el Estado Libre Asociado de
   a corporation authorized to transact business in the Commonwealth of Puerto Rico

   Puerto Rico, como Asegurador, por la presente nos obligamos a favor de la
   as Surety, are hereby held and firmly bound unto Puerto Rico Electric Power Authority,

   Autoridad de Energía Eléctrica, una corporación pública del Estado Libre Asociado
   a public corporation of the Commonwealth of Puerto Rico, as Obligee, in the penal

   como Beneficiario, por la suma de <u>cinco mil dólares ($5,000.00)</u>
   sum of        dollars

   por el pago de cuya suma a su fecha fielmente, nos obligamos solidariamente nosotros,
   for the payment of which sum well and truly to be made, we bind ourselves, our heirs,

   nuestros herederos, mandatarios, administradores y sucesores.
   executors, administrators, and successors, jointly and severally, firmly by these presents.

2. Esta obligación se constituye como una condición para el suministro de energía
   This obligations shall constitute a condition for the supply of electric energy to

   eléctrica por el Beneficiario al Principal, para garantizar el pago por consumo de
   the Principal, to guaranty the payment of electrical service, rent of equipment and

   energía eléctrica, renta de equipos y transformadores y toda obligación económica
   power transformers, and any other economic liabilities related to such services

2

accesoría y relacionada con el suministro del referido servicio de energía eléctrica
por el Beneficiario al Principal en <u>CARR. #10 KM 83.0 BO. TAMARA ARECIBO</u> por todo el
tiempo que

rendered by the Obligee to the Principal at            for as long as

el Principal utilice dicho servicio en tal localidad, comenzando en <u>17 de Enero de 2011</u>
Principal shall make use of electrical service at above indicated location, commencing on.

3. Este contrato se entenderá estar condicionado por y sujeto a toda las Reglas y
   This Contract Bond shall be constructed as conditioned by and subject to all

   Reglamentos de la Autoridad de Energía Eléctrica que existan o puedan existir en el
   Puerto Rico Electric Power Authority Rules and Regulations existing or that may in the

   futuro, relativas y aplicables al Contrato de Servicio Eléctrico entre el Principal y el
   future exist concerning and applicable to the Service Contract between Principal and

   Beneficiario, cuyas Reglas y Reglamentos se hacen formar parte de esta Fianza de
   Obligee, which Rules and Regulations are made part of this Contract Bond as if copiedd

   Garantía de Contrato de Servicio Eléctrico, como si se transcribieran aquí literalmente.
   at length herein.

4. Esta fianza será ejecutable, y el Asegurador pagará prontamente al Beneficiario,
   This Contract Bond shall be executable, and Surety shall promtly pay whatever sums are

   cualesquiera sumas que le sean reclamadas cuando el Principal incurra en mora en el
   claimed to them by Obligee, whenever Principal incurs in any delay in payment of bills

   pago de sus facturas vencidas; y el hecho que el Beneficiario no haga una o más de tales
   due; and the fact that Obligee does not make any such claims, if any such delays are

   reclamaciones cuando ocurran tales retrasos, no constituirá renuncia del Beneficiario para
   incurred, shall not be construed to deprive Obligee of the right herein granted to make

   hacer tal(es) reclamación(es) cuando quiera luego de que se incurra en atrasos
   subsiguientes.
   any such claims whenever such delays may further be incurred into.

3

5. El Asegurador vendrá obligado al pago de las sumas objeto de esta fianza en cualquier
   Surety shall pay Obligee the penal sum convened at any time, limited only by the satute

   tiempo con sujeción sólo a las leyes de prescripción aplicables al Principal, reunciando
   of limitations applicable to Princial, and Surety hereby waives all other terms on statute

   el Asegurador a cualesquiera otros términos de prescripción o caducidad relativas al
   Contrato de Fianza.
   of limitations or caducity that may be applicable to bonding contracts.

6. El Beneficiario, cuando el Asegurador lo requiera, le informará con diligencia razonable
   Obligee, whenever Surety so requests, will inform within reasonable time the status of

   el estado de cuenta del Principal bajo Contrato de Servicio Eléctrico.
   the account of Principal under the Service Contract.

   El aviso del último estado de la cuenta del Principal bajo el Contrato de Servicio Eléctrico
   Remittance of last bill of Principal under the Service Contract will be considered sufficient

   será aviso suficiente a tal fin.
   and adquate notice of status of the account.

7. Este contrato puede ser cancelado en cualquier tiempo, previo aviso escrito de sesenta(60)
   This Contract Bond may be canceled at any time upon giving sixty (60) days written

   días a la otra parte, como sigue:
   notice to other party, as follows:

   A.  Por el Asegurador al Beneficiario por cualquiera causa, o sin causa en cuyo caso By
       Surety to Obligee, for any cause, or no cause, in which event the Surety's

       la responsabilidad del Asegurador se extenderá hasta sólo el vencimiento de
       dichos sesenta días.
       liability shall cease and terminate at the expiration of said sixty days.

   B.  Por la Autoridad de Energía Eléctrica, si el record refleja que el servicio
       By Puerto Rico Power Electric Authority, if recordf shows that service used by

       utilizado por el Principal ha aumentado en tal forma que este Contrato de Fianza
       Principal has been increased to such degree that such cases Principal and Surety

       resulta ya insuficiente, disponiéndose que en tales casos el Principal y el
       may, within such sixty days suscribe an endorsement increasing the face amount

       Asegurador pondrán, dentro de los sesenta días a partir de la fecha del aviso,
       of this Contract Bond to whatever amount is then considered adequate.

4

suscribir y remitir al Beneficiario un endoso aumentando la cuantía de este
Contrato de Fianza a aquella suma que se estime adecuada.

La cancelación de este Contrato de Fianza por el Beneficiario no constituirá
Cancellation by Puerto Rico Power Authority forefeit its right to claim form

renuncia de la Autoridad de Energía Eléctrica para reclamar del Asegurador
Surety any amount due used by Principal ut to date fo cancellation and within

cualquier suma adeudada por el Principal hasta la fecha de cancelación y dentro
de los límites de este contrato.
the limits of this contract.

    C.    El aviso de cancelación se entregará personalmente, o se enviará por correo
The notice of cancellation shall be personally delivered, or sent by mail with

certificado con acuse de recibo.
return receipt request.

Cuando la cancelación sea hecha por el Asegurador, el aviso de cancelación se
When the cancellation of the Contract Bond is made by the Surety, the notice

tendrá que entregar personalmente o tendrá que enviarse por correo certificado
of cancellation must be personally delivered or sent by return receipt mail

con acuse de recibo a la dirección de la oficina de Distrito del Beneficiario que
request to the address of the District Office of the Obligee which handles the

administra la cuenta del Principal. Si se trata de una fianza global que garantiza
the account of the Pricipal. In the event of Contract Bond which warrants more

cuentas correspondientes a diferentes distritos, el aviso de cancelación se
than one account handled by different district offices, the notice of cancellation

entregará o enviará a la atención del Director de Servicios al Cliente.
must be delivered ot mailed to the Customer Service Director attention.

En cualquiera de ambos casos, copia del aviso de cancelación será enivada
In any of two aforementioned cases, a copy of the cancellation notice must

al Pricipal.
be sent to the Principal..

8.  En caso que el Pricipal cumpla fielmente cada una y todas las obligaciones bajo el
    Now, therefore, if the Principal shall well and truly keep, do and perform, each

    Contrato de Servicio Eléctrico, en la forma, tiempo, maneras específicas en dicho
    and every, all and singular, the matters and things in said contract set forth and

    contrato, y pague y reembolse al Beneficiario cualesquiera créditos, pérdida o daños
    specified to be the said Pricipal kept, done and performed at the time and in the manner

    que al Beneficiario favorezcan como resultado de cualquier retraso o incumplimiento
    in said contract specified, and shall pay over, make good and reimburse to the Obligee

    del Principal, entonces este Contrato de Fianza se tendrá por no ejecutable; de lo
    may sustain by reason or failure or default on the part of said Obligee all loss and damage

    contrario permanecerá en toda su fuerza y vigor.
    which said Pricipal, then this obligation shall be void; otherwise to be and remain in full force
    and effect.

9.  En caso de conflicto en la interpretación de las palabras o frases de este contrato,
    In case of conflict as to the meaning of words and phrases of this contract,

    permanecerá la versión en español.
    the Spanish version shall prevail.

AEE 960-0-64
Rev. 3/00

**AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO**
*PUERTO RICO ELECTRIC POWER AUTHORITY*

**FIANZA SOBRE CONTRATO DE SERVICIO ELECTRICO**
*ELECTRIC SERVICE CONTRACT BOND*

Cuenta # **071-0521001-003**
Acc.#

FIANZA NUM. **2011-121**
BOND NO.

Contador # **102957**

1. Nosotros ——— **FUN VALLEY PARK INC.** ——— como **Principal**,
   We, as Principal, and

   y **NEWPORT BONDING & SURETY COMPANY**, una corporación autorizada a hacer negocios en el Estado
   a corporation authorized to transact business in the

   Libre Asociado de Puerto Rico, como **Asegurador**, por la presente nos obligamos a favor de la **Autoridad**
   Commonwealth of Puerto Rico as Surety, are hereby held and firmly bound unto Puerto Rico Electric

   de Energía Eléctrica, una corporación pública del Estado Libre Asociado de Puerto Rico, como **Beneficiario**,
   Power Authority, a public corporation of the Commonwealth of Puerto Rico, as Obligee,

   por la suma de ——**CINCO MIL DOLARES CON**——————**00/100**   ($5,000.00)
   in the penal sum of

   por el pago de cuya suma a su fecha fielmente, nos obligamos solidariamente nosotros, nuestros herederos,
   of which sum well and truly to be made we bind ourselves, our heirs, executors, administrators,

   mandatorios, administradores y sucesores,
   and successors, jointly and severally, firmly by these.

2. Esta obligación se constituye como una condición para el suministro de energía eléctrica por el Beneficiario al
   This obligation shall constitute a condition for the supply of electric energy to the

   Principal, para garantizar el pago por consumo de energía eléctrica, renta de equipos y transformadores y
   Principal, to guaranty the payment of electrical service, rent of equipment and power transformers, and

   toda obligación económica accesoria y relacionada con el suministro del referido servicio de energía eléctrica
   any other economic liabilities related to such services rendered

   por el Beneficiario al Principal en:   **Carr. # 10, Km. 83.0**
   by the Obligee to the Principal at:    **Bo. Tanamá, Arecibo, PR 00612**

   por todo el tiempo que el Principal utilice dicho servicio en tal localidad, comenzando en:
   for as long as the Principal shall make use of electrical service at above indicated location, commencing on:
   **3 de febrero de 2011.-**

3. Este contrato se entenderá esta condicionado por y sujeto a todas las Reglas y Reglamentos de la Autoridad
   This Contract Bond shall be construed as conditioned by and subject to all Puerto Rico Electric Power

1

de Energía Eléctrica que existan o puedan existir en el futuro, relativas y aplicables al Contrato de Servicio
*Authority Rules and Regulations existing or that may in the future exist concerning and applicable to the Service*

Eléctrico entre el Principal y el Beneficiario, cuyas Reglas y Reglamentos se hacen parte de esta Fianza en
*Contract between Principal and Obligee, which Rules and Regulation are made part of this Contract*

Garantía de Contrato de Servicio Eléctrico, como si se transcribieran aquí literalmente.
*Bond as if copied at length herein.*

4. Esta fianza será ejecutable, y el Asegurado pagará prontamente al Beneficiario cualesquiera sumas que le
*This Contract Bond shall be executable, and Surety shall promptly pay whatever sums are claimed*

sean reclamadas cuando el Principal incurra en mora en el pago de sus facturas vencidas; y el hecho que el
*to them by Obligee, whenever Principals incurs in any delay in payment of bills due; and the fact that*

Beneficiario no haga una o más de tales reclamaciones cuando ocurran tales retrasos, no constituirá renuncia
*Obligee does not make any such claims, if any such delays are incurred, shall not be construed to deprive*

del Beneficiario para hacer tal(es) reclamación(es) cuando quiera luego se incurra en atrasos subsiguientes.
*Obligee of the right herein granted to make any such a claim whenever such delays further be incurred info.*

5. El Asegurador vendrá obligado al pago de las sumas objeto de esta fianza en cualquier tiempo, con sujeción
*Surety shall pay Obligee the penal sum convened at any time, limited only by the statute of limitations*

sólo a las leyes de prescripción aplicables al Principal, renunciando el Asegurador a cualesquiera otros
*applicable to Principal, and Surety hereby waives all other terms on Statute*

términos de prescripción o caducidad relativas al Contrato de Fianza.
*of limitations or caducity that may be applicable to bonding contracts.*

6. El Beneficiario, cuando el Asegurador lo requiera, le informará con diligencia razonable el estado de cuenta
*Obligee, whenever Surety so requests, will inform within reasonable time the status of the account*

del Principal bajo el Contrato de Servicio Eléctrico. El aviso del último estado de la cuenta del Principal bajo
*of Principal under the Service Contract. Receipts of last bill of Principal under the Service Contract will be*

el Contrato de Servicio Eléctrico será aviso suficiente a tal fin.
*considered sufficient and adequate notice of status of the account.*

7. Este contrato puede ser cancelado en cualquier tiempo, previo aviso escrito de sesenta (60) días a la otra
parte, como sigue:
*This Contract Bond may be cancel at any time upon giving sixty (60) day written notice to other party, as follows:*

   A. Por el Asegurador al Beneficiario por cualquier causa, o sin causa, en cuyo caso la responsabilidad
*By Surety to Obligee, for any cause, or no cause, in which event the Surety's liability*

      del Asegurador se extenderá hasta sólo el vencimiento de dichos sesenta días.
*shall cease and terminate at the expiration of said sixty days.*

   B. Por la Autoridad de Energía Eléctrica, si el récord refleja que el servicio utilizado por el Principal ha
*By Puerto Rico Electric Power Authority, if record shows that services used by Principal has been*

      aumentado en tal forma que este Contrato de Fianza resulta ya, insuficiente disponiéndose que en
*increased to such degree that this Contract Bond is rendered insufficient, provided that in*

2

tales casos el Principal y el Asegurador podrán, dentro de los sesenta días a partir de la fecha del
such cases Principal and Surety may, with such sixty days, subscribe an endorsement

aviso suscribir y remitir al Beneficiario un endoso aumentando la cuantía de este Contrato de Fianza a
increasing the face amount of this Contract Bond to whatever amount

aquella suma que se estime adecuada. La cancelación de este Contrato de Fianza por el Beneficiario
is then considered adequate. Cancellation by Puerto Rico Electric Power Authority does not

no constituirá renuncia de la Autoridad de Energía Eléctrica para reclamar del Asegurador cualquier
forfeit its right to claim from Surety any

suma adeudada por el Principal hasta la fecha de cancelación y dentro de los límites de este contrato.
amount due used by Principal up to date of cancellation and within the limits of this contract.

C. El aviso de cancelación se entregará personalmente o se enviará por correo certificado con acuse de
The notice of cancellation shall be personally delivered or sent by mail with return receipt

recibo. Cuando la cancelación sea hecha por el Asegurador, el aviso de cancelación se tendrá que
request. When the cancellation of the Contract Bond is made by the Surety, the notice of cancellation

entregar personalmente o tendrá que enviarse por correo certificado con acuse de recibo a la
must be personally delivered or sent by mail with return receipt request to the

dirección de la Oficina de Distrito del Beneficiario que administra la cuenta del Principal. Si se trata
address of the District Office of the Obligee which handles the account of the Principal. In the event of

de una fianza global que garantiza cuentas correspondientes a diferentes distritos, el aviso de
Contract Bond which warrants more than one account handled in different district offices, the notice of

cancelación se entregará o enviará a la atención del Director de Servicio al Cliente. En cualquiera
cancellation must be delivered or mailed to the attention of the Director of Customer Services. In any of

de ambos casos copia del aviso de cancelación será enviado al Principal.
the two aforementioned cases, a copy of the cancellation notice must be sent to the Principal.

8. En caso que el Principal cumpla fielmente cada una y todas las obligaciones bajo el Contrato de Servicio
Now, therefore, if the Principal shall well and truly keep, do and perform, each and every, all and singular, the matters

Eléctrico, en la forma, tiempo, maneras especificadas en dicho contrato, y pague y reembolse al Beneficiario
and things in said contract set forth and specified to be by the said Principal kept, done and performed at the time and

cualesquiera créditos, pérdidas o daños que al Beneficiario favorezcan como resultado de cualquier retraso
in the manner in said contract specified, and shall pay over, make good and reimburse to the Obligee all loss and damage

o incumplimiento del Principal, entonces este Contrato de Fianza se tendrá por no ejecutable; de lo contrario
which said Obligee may sustain by reason of failure or default on the part of said Principal, then this obligation shall be

permanecerá en toda su fuerza y vigor.
void; otherwise to be and remain in full force and effect.

9. En caso de conflicto en la interpretación de las palabras o frases de este contrato, prevalecerá la versión en
español.
In case of conflict as to the meaning of words and phrases of this contract, the Spanish version shall prevail.

3

**En testimonio de lo cual,** las partes arriba obligadas suscriben este instrumento bajo los correspondientes sellos
*In witness whereof, the above bound parties have executed this instrument under their several seals*

oficiales, hoy día __3__ de __febrero__ de __2011__, insertándose y estampándose con el nombre y sello corporativo, y
*this _____ day of _____ _____, the name and corporate seal of each corporate party being hereto affixed and these*

otorgado por los oficiales autorizados en sus cuerpos directivos.
*presents duly signed by its undersigned representatives pursuant to authority of its governing body.*

**TESTIGOS:**
**WITNESS:**

Si individuo o agencia
*(If individual or firm)*

_____
Si corporación
*(If corporation)*

**DOY FE:**
**ATTEST:**

_[signature]_
Wilma C. Marrero

_____**FUN VALLEY PARK, INC.**_____   SELLO
                    Principal                  SEAL

Por: _____
        **RAFAEL AVILES CORDERO**, Pres.

**NEWPORT BONDING & SURETY COMPANY**   SELLO
              Asegurador                SEAL
                *(Surety)*

Por _[signature]_ **COPY** _[signature]_
     Diana L. Hernández-Hernández
          Representante Legal
           *(Attorney-in-Fact)*

Esta fianza está sujeta a la Regla 29 y Ley 50 de las Reglas aprobadas por el Comisionado de Seguros de Puerto Rico y la misma puede ser cancelada o anulada por falta de pago de la misma, o de cualquiera de sus renovaciones. Si usted es el Beneficiario, queda advertido de requerir evidencia al Principal de su pago, de lo contrario esta fianza podrá ser cancelada o anulada, según autorizado por las mencionadas Reglas.

4