IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| FUN VALLEY PARK INC. | * | CASE NO. 10-08563 (BKT) |
| | * | |
| | * | |
| DEBTOR | * | CHAPTER 11 |

*********************************************

# DEBTOR'S MOTION IN COMPLIANCE TO ORDER TO SHOW CAUSE

TO THE HONORABLE COURT:

COMES NOW, Debtor, through the undersigned attorney, who respectfully states and prays as follows:

1. Debtor filed this petition for relief under Chapter 11 of the Bankruptcy Code on September 16, 2010.

2. On May 18, 2011, this Honorable Court ordered Debtor to show cause as to reasons why the Disclosure Statement and Plan of Reorganization in this case was not filed within the period granted by the Court, which was on or before January 15, 2011, this pursuant to the minute of hearing of November 17, 2010. Failure to comply with this order may cause that the Court convert or dismiss the above-captioned case (Docket # 57).

3. On January 14, 2011, Debtor filed a motion requesting extension of time of fouty-five (45) days to file the Disclosure Statement and Plan of Reorganization. This Honorable Court granted this motion on January 19, 2011 (Dockets #27 & 28).

4. In addition, on March 1, 2011, a second extension time motion of thirty (30) days to file the Disclosure Statement and Plan of Reorganization was filed by Debtor, which was granted by

this Honorable Court on March 2, 2011 (Dockets #18 & 49).

5. Finally, on April 1, 2011, Debtor filed a third and final motion requesting extension of time twenty (20) days to file the Disclosure Statement and Plan of Reorganization. On same date, the Court granted this motion (Dockets #52 & 53)

6. In compliance with this Order, Debtor respectfully states and prays as follows.

## REPLY TO ORDER TO SHOW CAUSE

7. Upon the filing of the instant petition, Debtor has been negotiating with the major creditor of this case, which is Banco de Desarollo Económico para Puerto Rico, in an effort to reach an amicable understanding regarding its claims.

8. Notwithstanding the aforementioned, on this same date, Debtor has filed its Disclosure Statement and Plan of Reorganization before this Honorable Court.

9. As such, Debtor is interested and ready to continue with this reorganization process and intends to keep working with this case in the best interest of all creditors and the estate.

WHEREFORE, Debtor prays this Honorable Court to take notice of these matters and to enter order as follows:

  a) To deem complied the Order to Show Cause dated May 18, 2011,
  b) To allow the continuation of this case as a Chapter 11 proceeding.
  c) To schedule an Approval Hearing, or grant any further relief as deemed appropriate.

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**I HEREBY CERTIFY:** That on this same date a copy of the foregoing motion has been send by regular mail to all parties as identified in the master address list.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 25th of May 2011.

*/S/ Wigberto Lugo Mender*
**WIGBERTO LUGO MENDER**
**ATTORNEY FOR DEBTOR**
USDC-PR 212304
Centro Internacional de Mercadeo
Road 165 Tower I Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax (787) 707-0412
wlugo@lugomender.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-08563-BKT11<br>District of Puerto Rico<br>Old San Juan<br>Wed May 25 17:54:10 AST 2011 | FUN VALLEY PARK INC<br>PO BOX 93<br>CAMUY, PR 00627-0093 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AUTORIDAD DE ACUEDUCTOS & ALCANTARILLAS<br>PO BOX 70101<br>SAN JUAN PR 00936-8101 |
| AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN PR 00936-3508 | BANCO DE DESAROLLO ECONOMICO PARA PR<br>PO BOX 2134<br>SAN JUAN PR 00922-2134 | CORPORACION FONDO SEGURO ESTADO<br>PO BOX 365028<br>SAN JUAN PR 00936-5028 |
| CRIM<br>PO BOX195387<br>SAN JUAN PR 00919-5387 | DAMARIS B MANGUAL ESQ<br>C/O PROGRESSIVE FINANCE<br>URB VISTA AZUL G54 CALLE 4<br>ARECIBO PR 00612-2533 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN PR 00902-4140 |
| DEPARTMENT OF LABOR<br>EDIFICIO PRUDENCIO RIVERA MARTINEZ<br>505 MUNOZ RIVERA AVENUE<br>SAN JUAN PR 00918-3352 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (1504)<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN PR 00918-1451 | Department of Treasury<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1451 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IVAN A COLON MORALES SQ<br>C/O MANUEL LOPEZ CORTES<br>478 CALLE CANALS SUITE 1-A ALTOS<br>URB ROOSEVELT<br>SAN JUAN PR 00918 | JULIO J VIGO SOTO<br>C/O DEPARTMENTO DEL TRABAJO<br>PO BOX 195540<br>SAN JUAN PR 00919-5540 |
| LOURDES V GANDARILLA ESQ<br>C/O DEPARTMENTO DEL TRABAJO<br>PO BOX 71592<br>SAN JUAN PR 00936-8692 | LUISA SEGARRA MARTINEZ<br>URB SOMBRAS DEL REAL<br>CALLE LOS ROBLES 411<br>COTO LAUREL PR 00780 | LYSETTE A MORALES ESQ<br>C/O ORLANDO HERNANDEZ<br>76 CALLE AQUAMARINA<br>URB VILLA BLANCA<br>CAGUAS PR 00725-1908 |
| MANUEL HERNANDEZ CORIABO<br>HC-07 BOX 98855<br>ARECIBO PR 00612-9203 | MUNICIPIO DE ARECIBO<br>PO BOX 1086<br>ARECIBO PR 00613-1086 | OCTAVIO J CAPO PEREZ ESQ<br>C/O LUIS SEGARRA MARTNEZ<br>PO BOX 173<br>MERCEDITA PR 00715-0173 |
| ORLANDO HERNANDEZ &<br>MONIA SANTIAGO<br>HC 05 BOX 25894<br>CAMUY PR 00627-9484 | PROGRESSIVE FINANCE & INVESTMENT CORP<br>RAMON L RAMOS ESQ<br>DORAL BANK BLDG SUITE 805<br>33 RESOLUCION ST<br>SAN JUAN PR 00920-2706 | Puerto Rico Department of Labor<br>Bureau of Legal Affairs - 18th Floor<br>PO Box 71592<br>San Juan PR 00936-8692 |
| Puerto Rico Department of Labor<br>Collection Unit - 12th Floor<br>505 Muoz Rivera Ave<br>San Juan PR 00918-3352 | RAMON E COLON PRATTS<br>PO BOX 1575<br>SAN SEBASTIAN PR 00685-1575<br>RAMON L RAMOS APONTE ESQ<br>C/O PROGRESSIVE FINANCE<br>EDIF DORAL BANK STE 805 | US ATTORNEY OFFICE<br>C/O US SMALL BUSINESS<br>TORRE CHARDON SUITE 1201<br>350 CARLOS CHARDON AVENUE<br>SAN JUAN PR 00918-2124 |

| US SMALL BUSINESS | MONSITA LECAROZ ARRIBAS | WIGBERTO LUGO MENDER |
|---|---|---|
| PO BOX 193824 | OFFICE OF THE US TRUSTEE (UST) | LUGO MENDER & CO |
| SAN JUAN PR 00919-3824 | OCHOA BUILDING | CENTRO INTERNACIONAL DE MERCADEO |
| | 500 TANCA STREET SUITE 301 | CARR 165 TORRE 1 SUITE 501 |
| | SAN JUAN, PR 00901-1938 | GUAYNABO, PR 00968 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICES
PO BOX 21126
PHILADELPHIA PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)PREPA | (d)STATE INSURANCE FUND | End of Label Matrix | |
|---|---|---|---|
| | PO BOX 365028 | Mailable recipients | 32 |
| | SAN JUAN, PR 00936-5028 | Bypassed recipients | 2 |
| | | Total | 34 |