**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | * |
| | * |
| | *   CASE NO. 10-08563 bkt |
| FUN VALLEY PARK INC. | * |
| | *   CHAPTER 11 |
| | * |
| DEBTOR | * |

********************************************

# SUPPLEMENT TO DISCLOSURE STATEMENT & PLAN OF REORGANIZATION

TO THE HONORABLE COURT:

COMES NOW, Debtor, through the undersigned attorney, who respectfully states and prays as follows:

## PROCEDURAL BACKGROUND

1. Debtor filed this petition for relief under Chapter 11 of the Bankruptcy Code on September 16, 2010 and as of that date, continues to manage its affairs and operating the businesses as Debtor-in-Possession pursuant to sections 1107 and 1108.

2. On May 25, 2011, Debtor filed the Disclosure Statement and Plan of Reorganization and the approval hearing was held on August 10, 2011 (Dockets no. 59, 60 & 63).

3. During the August July 13th, 2010 hearing, this Honorable Court was informed that Debtor will be clarify the treatment of the allowed unsecured priority claim, pursuant to 11 U.S.C. § 507(a)(8) of the Code. In the Section 4.3 of the Disclosure and in the Article III of the Plan filed.

4. In an effort to obtain the approval of the Disclosure Statement and to continue with its reorganization process, the Debtor herein supplements its Disclosure Statement and Plan of Reorganization to clarify the treatment of the unsecured priority government claims under 11

U.S.C. Section 507 (a) (8). Debtor intends to include this motion as **Exhibit 6** to the Disclosure Statement and Plan of Reorganization dated on May 24, 2011.

# SUPPLEMENTAL INFORMATION TO DISCLOSURE STATEMENT AND PLAN OF REORGANIATION

*<u>Clarify the Treatment of Section 403 of DST & Article III of Plan:</u>*

5. As detailed in second paragraph of the Section 4.3 of the Disclosure Statement and in the Article III of the Plan of Reorganization named "Payment of Unsecured Priority Government Claims Under 11 U.S.C. Section 507 (a)(8)": All allowed unsecured priority claims, pursuant to 11 U.S.C. § 507(a)(8) of the Code, as the same are allowed, approved and ordered to be paid by the Court, shall be paid through monthly installments commencing on the effective date and during a period not exceeding five years after the date of the assessment of each such claim..

6. With this motion, Debtor clarify this treatment to inform: "*All allowed unsecured priority claims, pursuant to 11 U.S.C. § 507(a)(8) of the Code, as the same are allowed, approved and ordered to be paid by the Court, shall be paid in monthly installments commencing on the effective date and during a period not exceeding five (5) years from the date of the filing of the captioned case*".

7. The Honorable Court informed in the last hearing that it would schedule a hearing on confirmation and final approval of disclosure statement before this Supplemental information was filed.

WHEREFORE, Debtor prays this Honorable Court to take enter Order as follows:

1. Take notice of this supplement to disclosure statement and plan of reorganization

2. To schedule the hearing on approval of said disclosure and hearing of confirmation of the plan of reorganization filed on May 24, 2010,

4. and to grant any further relief as deemed necessary and proper.

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico this 30th day of August 2011.

## CERTIFICATE OF SERVICES

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**I FURTHER CERTIFY:** That on this same date a copy of the foregoing document has been hand delivered to the **U.S. Trustee Office,** this at their address of record and to all creditors and parties in interest as detailed in the enclosed master address list.

*/S/ Wigberto Lugo Mender*
**Wigberto Lugo Mender, Esq.**
USDC No. 212304
Attorney for Debtor
Centro Internacional de Mercadeo
Rd 165, Torre 1 Suite 501
Guaynabo PR 00969
Telephone: 787-707-0404
Facsimile: 787-707-0412
E-Mail: wlugo@lugomender.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-08563-BKT11<br>District of Puerto Rico<br>Old San Juan<br>Tue Aug 30 14:26:26 AST 2011 | FUN VALLEY PARK INC<br>PO BOX 93<br>CAMUY, PR 00627-0093 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AUTORIDAD DE ACUEDUCTOS & ALCANTARILLAS<br>PO BOX 70101<br>SAN JUAN PR 00936-8101 |
| AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN PR 00936-3508 | BANCO DE DESAROLLO ECONOMICO PARA PR<br>PO BOX 2134<br>SAN JUAN PR 00922-2134 | CORPORACION FONDO SEGURO ESTADO<br>PO BOX 365028<br>SAN JUAN PR 00936-5028 |
| CRIM<br>PO BOX195387<br>SAN JUAN PR 00919-5387 | DAMARIS B MANGUAL ESQ<br>C/O PROGRESSIVE FINANCE<br>URB VISTA AZUL G54 CALLE 4<br>ARECIBO PR 00612-2533 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN PR 00902-4140 |
| DEPARTMENT OF LABOR<br>EDIFICIO PRUDENCIO RIVERA MARTINEZ<br>505 MUNOZ RIVERA AVENUE<br>SAN JUAN PR 00918-3352 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (1504)<br>235 AVE ARTERIAL HOSTOS<br>SAN JUAN PR 00918-1451 | Department of Treasury<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1451 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IVAN A COLON MORALES SQ<br>C/O MANUEL LOPEZ CORTES<br>478 CALLE CANALS SUITE 1-A ALTOS<br>URB ROOSEVELT<br>SAN JUAN PR 00918 | JULIO J VIGO SOTO<br>C/O DEPARTMENTO DEL TRABAJO<br>PO BOX 195540<br>SAN JUAN PR 00919-5540 |
| LOURDES V GANDARILLA ESQ<br>C/O DEPARTMENTO DEL TRABAJO<br>PO BOX 71592<br>SAN JUAN PR 00936-8692 | LUISA SEGARRA MARTINEZ<br>URB SOMBRAS DEL REAL<br>CALLE LOS ROBLES 411<br>COTO LAUREL PR 00780 | LYSETTE A MORALES ESQ<br>C/O ORLANDO HERNANDEZ<br>76 CALLE AQUAMARINA<br>URB VILLA BLANCA<br>CAGUAS PR 00725-1908 |
| MANUEL HERNANDEZ CORIABO<br>HC-07 BOX 98855<br>ARECIBO PR 00612-9203 | MUNICIPIO DE ARECIBO<br>PO BOX 1086<br>ARECIBO PR 00613-1086 | OCTAVIO J CAPO PEREZ ESQ<br>C/O LUIS SEGARRA MARTNEZ<br>PO BOX 173<br>MERCEDITA PR 00715-0173 |
| ORLANDO HERNANDEZ &<br>MONIA SANTIAGO<br>HC 05 BOX 25894<br>CAMUY PR 00627-9484 | PROGRESSIVE FINANCE & INVESTMENT CORP<br>RAMON L RAMOS ESQ<br>DORAL BANK BLDG SUITE 805<br>33 RESOLUCION ST<br>SAN JUAN PR 00920-2706 | Puerto Rico Department of Labor<br>Bureau of Legal Affairs - 18th Floor<br>PO Box 71592<br>San Juan PR 00936-8692 |
| Puerto Rico Department of Labor<br>Collection Unit - 12th Floor<br>505 Muoz Rivera Ave<br>San Juan PR 00918-3352 | RAMON E COLON PRATTS<br>PO BOX 1575<br>SAN SEBASTIAN PR 00685-1575<br>RAMON L RAMOS APONTE ESQ<br>C/O PROGRESSIVE FINANCE<br>EDIF DORAL BANK STE 805 | US ATTORNEY OFFICE<br>C/O US SMALL BUSINESS<br>TORRE CHARDON SUITE 1201<br>350 CARLOS CHARDON AVENUE<br>SAN JUAN PR 00918-2124 |

| US SMALL BUSINESS | MONSITA LECAROZ ARRIBAS | WIGBERTO LUGO MENDER |
|---|---|---|
| PO BOX 193824 | OFFICE OF THE US TRUSTEE (UST) | LUGO MENDER & CO |
| SAN JUAN PR 00919-3824 | OCHOA BUILDING | CENTRO INTERNACIONAL DE MERCADEO |
| | 500 TANCA STREET SUITE 301 | CARR 165 TORRE 1 SUITE 501 |
| | SAN JUAN, PR 00901-1938 | GUAYNABO, PR 00968 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICES
PO BOX 21126
PHILADELPHIA PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)PREPA | (d)STATE INSURANCE FUND | End of Label Matrix | |
|---|---|---|---|
| | PO BOX 365028 | Mailable recipients | 32 |
| | SAN JUAN, PR 00936-5028 | Bypassed recipients | 2 |
| | | Total | 34 |