**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| FUN VALLEY PARK INC. | * | CASE NO. 10-08563 BKT |
| | * | |
| | * | CHAPTER 11 |
| DEBTOR | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STATEMENT PURSUANT TO 11 USC § 1129

**TO THE HONORABLE COURT:**

COMES NOW, the above captioned Debtor**,** as Debtor in possession herein, through its undersigned legal counsel who very respectfully states and prays as follows:

### Introduction

1.       On May 25, 2011, Debtors filed the Chapter 11 Disclosure Statement and Plan of Reorganization.  (Docket entries 59 and 60).

2.       On August 17, 2011, this Honorable Court entered an order approved Debtors' Disclosure Statement and scheduled a confirmation hearing for October 19, 2011 at 9:30 a.m.  (Docket entry 71).

3.       On October 18, 2011, Debtor filed a Joint Motion with secured creditor Economic Development Bank for Puerto Rico, requesting the continuance of the scheduled confirmation hearing. This Honorable Court granted this motion and rescheduled the confirmation hearing for December 7, 2011 (Dockets entries 85 & 85).

4.       On November 29, 2011, Debtor filed a Stipulation with secured creditor Economic Development Bank for Puerto Rico and filed an Amended Chapter 11 Plan of Reorganization (Dockets entries 92 & 93).

5.      Debtor's Disclosure Statement and Plan of Reorganization, as further supplemented on

November 16, 2010 in the Amended Plan of Reorganization (Dockets entries 59, 60, 76 & 93)

were circulated to all creditors and parties in interest.  The ballots for the acceptance or rejection

of this Plan have been received from the creditors.  To this date, no objection to the Disclosure

Statement or to the confirmation of the Plan has been received.

5.      Given the positive feedback received from all creditors voting to the Plan, and the

stipulations and agreements filed to this date with the Court, Debtor is confident in obtaining the

confirmation of this Plan through the consensual voting process provided by the Code  provisions

detailed in 11 U.S.C. Section 1129(b).

6.      The following statement is presented to show how the proposed Plan complies with the

confirmation requirements contained in 11 U.S.C. Section 1129 of the Bankruptcy Code in

compliance with this Honorable Court order (Docket #45).

### 11 USC § 1129(a)(1) Plan's Compliance with the Bankruptcy Code

7.      The Plan proposed complies with the applicable provisions of Title 11.  Specifically, the

Plan complies with the mandatory provisions of Section 1122 and 1123 (a) in that it:

a)      Pursuant to Sec. 1122(a), claims are classified in 5 (Five) classes, each containing

claims of substantially similar nature, to wit:

Class 1: ADMINISTRATIVE EXPENSES

Class 2: SECURED CLAIM (Banco Desarollo de PR & US Small Business)

Class 3: GENERAL UNSECURED CREDITORS

Class 4: EQUITY INTEREST HOLDERS

b)      Impaired and not impaired classes are so specified in the Plan.  Please refer to

Article V of the Amended Plan. Classes 2 and 3 are impaired and Debtor solicited the

votes of such class with respect to the acceptance or rejection of the Plan pursuant to the

provisions of 11 U.S.C. Section 1126.

c)      All claims within a specified class are provided the same treatment.

d)      The Plan provides adequate means for its implementation.  The Plan is to be

funded with the funds obtained from the business' on-going operations of the amusement

park named Fun Valley Park located at Arecibo, Puerto Rico.

e)      The Plan provides that, upon confirmation, the operation of the business and other

estate assets shall be and become the general responsibility of the reorganized Debtor

("Reorganized Debtor"), which shall thereafter have the responsibility for the

management, control and administration thereof.

f)      It reserves DebtorDebtor's right to either assume or reject an executory contract

prior to confirmation.  Debtor assumes all unexpired leases and executory contracts to

which it is a party and which have not been expressly rejected pursuant to 11 U.S.C.

Section 365(a), as stated in Article VIII of the Plan.

g)      It contains no provision inconsistent with 11 U.S.C. §§ 101 *et seq.*

**11 USC § 1129(a)(2) Proponent's Compliance with Chapter 11**

8.      Debtor is a corporation entitled to file a Plan pursuant to 11 USC § 109.  Debtor has

made all the appropriate disclosures throughout these proceedings and has filed the periodic

operating reports (MOR) required by the United States Trustee.  To this date, the last Monthly

Operating Report filed corresponds to the month of October, 2011.

### 11 USC § 1129(a)(3) Plan Proposed in Good Faith

9.      Debtor submits that the Plan has been proposed in good faith and not by any means

forbidden by law.

### 11 USC § 1129(a)(4) and (5) Disclosure of Payments; Officers and Insiders

10.      Debotor employed the services of the undersigned attorney for purposes of the bankruptcy

case address herein.  In pursuance thereof, on November 2, 2010, the appointment of such

attorney was approved by this Honorable Court (Docket entry 13).  As such, payments made for

attorney's fees have been disclosed and are pending for the final approval of this Honorable

Court. The future payments for attorney's fee will also be subject to the Court's approval.

Debtor

11.      Debtor has filed the corresponding operating reports which show the amounts paid and

expended for management and insider's compensation.  The last Monthly Operating Report filed

corresponds to the month of October 2011.

### Sec. 1129(a)(6) Approval by Regulatory Agency

12.      No governmental agency regulates the rate on DebtorDebtor's business practice.

Debtor's business and practice is subject to comply with specific licenses and permits

requirements established by the laws of the Commonwealth of Puerto Rico.  Currently,

DebtorDebtor has obtained all required licenses and permits for the operation of its business and

foresees no problem for the renewals during the term of the Reorganization Plan.

### 11 USC § 1129(a)(7) Acceptances/Best Interest

13.      To this date, all classes have accepted or deemed to have accepted the Plan.  Accordingly,

impaired Classes 2 and 3 have voted in favor of the Plan and, thus have accepted the Plan

pursuant to the provisions of 11 U.S.C. Section 1126.  Please refer to **Exhibit 2** and the Ballots

on acceptance or rejections of the PPlan enclosed herein.

## 11 USC § 1129(a)(8) Acceptances/Unimpaired (See Exhibit 2)

14.     Claims in Class 1 is deemed unimpaired by this Plan in accordance with Section 1124 of

the Bankruptcy Code. As to Class 4, even thought this class is impaired, they will not vote

inasmuch they are proponents of the Plan.  By virtue of the above mentioned status, such classes

either are deemed to have accepted the Plan in accordance with Section 1126(f) of the bankruptcy

Code or are not otherwise required to have their votes to accept or reject the Plan solicited.

15.     The following voting classes have accepted the Plan:

  a)      **Class 2** – To this date, one (1) creditor with claim in the aggregate amount of
          $1,441,902 voted for the Plan.  One (1) creditor in the total amount of $1,441,902
          accepted the Plan (100%).  Copy of the ballot is attached.

  b)      **Class 4** – To this date, two (2) creditor with claim in the aggregate amount of
          $107,105 voted for the Plan.  Two (2) creditors in the total amount of $107,105
          accepted the Plan (100%).  Copy of the ballots are attached.


16.     **Unsecured Priority Claims:**  Unsecured creditors with priority, in the total claimed or

scheduled amount of $909,153, which are contemplated under the provisions of Article III of the

Plan of Reorganization, to wit, IRS which will be paid as per proof of claim #2-3; CRIM which

will be paid as per proof of claims #1-3 and 6; State Insurance Fund Corporation whichmwill be

paid as per proof of claim #143; Puerto Rico Treasury Department which will be paid as per

proof of claim #16 and Puerto Rico Department of Labor, which will be paid as per proof of

claim #18.

17.     Nonetheless, for voting purposes, these creditors were classified by the Debtor for which

they need not to vote and they are deem to have accepted the Plan pursuant to 11 U.S.C. Section

1129(9)(C). No objection to the confirmation of the Plan has been received to this date.

### 11 USC §1129(a)(9) Administrative expenses/Involuntary Gap Expenses

### Other Priority Claims/Pre-Petition Taxes (Exhibit 1)

18.     The Plan will be effective on the date as stated on the Plan of Reorganization that is thirty

(30) days after the order confirming the Plan becomes a final order and shall be the date on which

there shall be made all initial cash payments required by the Plan, unless stipulated or proposed

otherwise.

19.     All administrative expenses, whose estimate is shown in the Schedule Payments under

the Plan of Reorganization, and enclosed herein as **Exhibit 3**, are to be paid in cash and in full no

later than the effective date of the Plan or as agreed between the Debtor and the parties involved.

20.     As to quarterly fees payable to the U.S. Trustee's Office, all fees have been paid.  Future

quarterly fees will be paid as these become due.

21.     There are no impaired 11 U.S.C. Sec. 507(a)(2) to (7) priority claims in this case.

### 11 USC § 1129(a)(10) Acceptance By One Class

22.     Of the two (2) voting classes, two (2) have accepted the Plan.  Attached hereto are the

ballots for the classes accepting the Plan.

### 11 USC § 1129(a)(11) Feasibility of Plan

23.     Debtor submits that the Plan is feasible and that, based on current funds available to this

estate should provide for the payments stated in the Plan, without any further reorganization.

Confirmation of the Plan is not likely to be followed by liquidation or the need for further

financial reorganization.

## 11 USC § 1129(a)(15) <u>Compliance with Future Value Distribution</u>

24.     The Plan provides that the value of the property to be distributed under the Plan on

account of any objected claim, as of the effective date of the Plan, is not less than the amount of

allowed claims in this case claim.

## 11 USC § 1129(d) <u>Objection by governmental agency</u>

25.     The Plan has not been filed to avoid taxes. At this moment, no objection to the

confirmation of the Plan of reorganization has been filed by any governmental agency.

## <u>Interim Rule 3010 - Time and Manner of Payments for Classes</u>

26.     Administrative expenses shown in **Exhibit 1** are to be paid on the effective date of the

Plan or as agreed to by the Debtor and the parties.  The amount due entitled to priority pursuant

to 11 U.S.C. Section 507(a)(8) will be paid from funds of the Debtor's business operations.

## <u>"Cram Down Provisions"</u>

27.     Of the two (2) voting classes, two (2) have accepted the Plan.  Attached hereto are the

ballots for these classes accepting the Plan.  Debtor specifically reserve its right to modify the

Plan, if necessary, to procure the confirmation of the Plan of any dissenting class pursuant the

provisions of 11 U.S.C. Section 1129(b).

## <u>Approval of Proposed Order of Confirmation</u>

28.     Debtor submits that confirmation of the Plan will be in the best interest of creditors and

that upon completing all requirements imposed by 11 U.S.C. Section 1129, this Plan should be

confirmed.

## <u>Effective date of Plan</u>

29.     The Plan will be effective on the date as stated on the Plan of Reorganization, that is

thirty (30) days after the entry of the order of confirmation of the Plan, and shall be the date on

which there shall be made all cash payments required by the Plan.


**WHEREFORE,** Debtor herein prays this Honorable Court to take notice of the matters

detailed herein regarding the confirmation requirements for its Plan of Reorganization.


**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 2nd day of December of 2011.

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System which will send notification of such filing to

the participants appearing in said record.


/s/ Wigberto Lugo Mender
**WIGBERTO LUGO MENDER**
**ATTORNEY FOR DEBTOR**
USDC-PR 212304
CENTRO INTERNACIONAL DE
MERCADEO
Road 165 Tower I Suite 501.
Guaynabo, Puerto Rico 00961
Tel: 787.707.0404
 Fax: 787.707.0412
wlugo@lugomender.com



*EXHIBIT 1*

**Exhibit 1**

OUTSTANDING EXPENSES OF ADMINISTRATION...INVOLUNTARY GAP EXPENSES
OTHER PRIORITY CLAIMS...PRE-PETITION TAX CLAIMS...CASH PAYMENTS
UPON CONFIRMATION TO CREDITORS

<u>ADMINISTRATIVE EXPENSES:     1129(a)(9)(A); 507(a)(1)</u>

| | |
|---|---|
| CLERK, U.S. BANKRUPTCY COURT | |
| ATTORNEY FOR DEBTOR | $ 5,000.00 |
| ATTORNEY FOR TRUSTEE | $ |
| ATTORNEY FOR CREDITORS' COMMITTEE | $ |
| ACCOUNTANT | $ 0 |
| US TRUSTEE (Quarterly Fees, Estimated) | $ 975.00 |
| EXAMINER | $ |
| CREDITORS' COMMITTEE (Expenses) | $ |
| OTHER -     Court Cost | $ None |
| OTHER -     Estimated Post-Petition Taxes: | |
| - Internal Revenue Services | $ 26,603.00 |
| - PR Department of Treasury | $ 16.088.00 |
| - PR Department of Labor | $ 4,659.00 |

| | |
|---|---|
| ADMINISTRATIVE EXPENSES AND INVOLUNTARY GAP EXPENSES: 1129(a)(9)(A); 507(a)(1) and (2)<br>(attach list) | $ |

<u>PRIORITY CREDITORS: 1129(a)(9)(B); 507(a)(3), (4), (5)</u>

| | |
|---|---|
| WAGE CLAIMS | $ 0.00 |
| EMPLOYEE BENEFIT CLAIMS | $ |
| LAYAWAY CLAIMS | $ |

PRIORITY CREDITORS 1129(a)(9)(C); 506 and 507(a)(8)

| | |
|---|---|
| CRIM (Claim No. 1-3) | $3,285 |
| CRIM ( Claim 6-Secured Portion) | $57,567 |
| Internal Revenue Services (Claim 2-3) Secured | $494,981 |
| Internal Revenue Services (Claim 2-3) Priority | $38,898 |
| State Insurance Fund Corporation (Claim 14) | $10,114 |
| PR Department of Treasury (Claim 16) Secured | $203,737 |
| PR Department of Treasury (Claim 16) Priority | $60,996 |
| PR Dept of Labor – Unemployment (Claim 17) | $35,152 |
| PR Dept of Labor – Disabilty (Claim 18) | $4,422 |

CASH PAYMENT TO CLASSES OF CREDITORS UPON
CONFIRMATION UNDER TERMS OF PLAN

| | | |
|---|---|---|
| Class 2 | $2,161,901 | (Detailed in Payment Plan) |
| Class 3 | $544,561 | (Detailed in Payment Plan) |
| Class 4 | $0.00 | (Detailed in Payment Plan) |

2)      Expenses to be deferred: None



*EXHIBIT 2*

**LIST OF ACCEPTANCES AND REJECTIONS**

| CLAIM OR REFERENCE | NAME OF CREDITOR | CLASS II ACCEPTED | REJECTED | CLASS (Taxes) ART. III ACCEPTED | REJECTED | CLASS III ACCEPTED | REJECTED | CLASS IV ACCEPTED | REJECTED | CLASS V ACCEPTED | REJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ***Administrative Expenses*** | | | | | | | | | | |
| Estimated | W. Lugo Mender - Attorney's Fees | | | | | | | | | | |
| Estimated | US Trustee - Quarterly Fees | | | | | | | | | | |
| Estimated | PR Department of Labor | | | | | | | | | | |
| Estimated | PR Department of Treasury | | | | | | | | | | |
| Claim # 19 | Internal Revenue Services | | | | | | | | | | |
| | ***Secured Claims*** | | | | | | | | | | |
| 7 | Banco Desarollo | $ 1,441,902 | | | | | | | | | |
| Scheduled | US Small Business | | | | | | | | | | |
| | ***Priority Claims*** | | | | | | | | | | |
| 2-3 | Internal Revenue Services | | | *Classified - Terms* | | | | | | | |
| 2-3 | Internal Revenue Services | | | *Provided by Sec. 1129* | | | | | | | |
| 6 | CRIM | | | | | | | | | | |
| 14 | State Insurance Fund Corporation | | | | | | | | | | |
| 16 | PR Department of Treasury | | | | | | | | | | |
| 16 | PR Department of Treasury | | | | | | | | | | |
| 17 | PR Dept of Labor-Unemployment | | | | | | | | | | |
| 18 | PR Dept of Labor-Disability | | | | | | | | | | |
| Scheduled | Municipio de Arecibo | | | | | | | | | | |
| | ***General Unsecured Creditors*** | | | | | | | | | | |
| 1 | CRIM | | | | | | | | | | |
| 2-3 | Internal Revenue Services | | | | | | | | | | |
| 3 | Department of Labor-Manuel Hernandez | | | | | | | | | | |
| 4 | Autoridad Energia Electrica | | | | | | | | | | |
| 5 | Progressive Finance & Investment | | | | | | | | | | |
| 6 | CRIM | | | | | | | | | | |
| 8 | Department of Labor-Brayanet Rivera | | | | | | | | | | |
| 9 | Autoridad de Acueductos & Alc. | | | | | | | | | | |
| 10 | Department of Labor-Jaritza Rosa Stago | | | | | | | | | | |
| 11 | Department of Labor-Johnny Muñiz Almeda | | | | | | | | | | |
| 12 | Luisa Segarra Martinez | | | | | | | | | | |
| 13 | Orlando Hernandez & Monia Stago | | | | | | | | | | |
| 14 | State Insurance Fund Corporation | | | | | | | | | | |
| 10 | Department of Labor-Carmen M Robles | | | | | | | | | | |
| 16 | PR Department of Treasury | | | | | | | | | | |
| 17 | PR Dept of Labor-Unemployment | | | | | $ 92,867 | | | | | |
| 18 | PR Dept of Labor-Disability | | | | | $ 14,238 | | | | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          *
                                                *
FUN VALLEY PARK INC.                            *    CASE NO. 10-08563 (BKT)
                                                *
                                                *
DEBTOR                                          *    CHAPTER 11
**************************************************

### BALLOT FOR CREDITORS ACCEPTING OR REJECTING PLAN

The plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than on-half in number of claims in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class rejecting it. **To have your vote count, you must complete and return this ballot. If your ballot is not received and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan. If the ballot is signed and not marked as an acceptance or rejection, it will be deemed as you having accepted the Plan**

The undersigned, a creditor of the above debtor in the unpaid principal amount of **$1,441,902.00**

Check One:

_____ X _____ (Accepts)              Class: 2.1    Secured

_____ (Rejects)

The Plan of Reorganization filed by the debtors in the above case.

Dated: _Nuvecbc 30, 2011_

                    Name:      **Banco Desarrollo Economico**

                    Signed:    _____

                    Address:   **Banco Desarrollo Economico**
                               PO Box 2134
                               San Juan PR 00922-2134

Please return this ballot on or before October 7, 2011 to:

**WIGBERTO LUGO MENDER, ESQ.**
**CENTRO INTERNACIONAL DE MERCADEO**
**CARR. 165 TORRE I SUITE 501**
**GUAYNABO PR 00968**
Tel. (787) 707-0404     Fax (787) 707-0412

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:                              *
                                    *
FUN VALLEY PARK INC.                *      CASE NO. 10-08563 (BKT)
                                    *
                                    *
DEBTOR                              *      CHAPTER 11
*********************************************

## BALLOT FOR CREDITORS ACCEPTING OR REJECTING PLAN

The plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than on-half in number of claims in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class rejecting it. **To have your vote count, you must complete and return this ballot. If your ballot is not received and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan. If the ballot is signed and not marked as an acceptance or rejection, it will be deemed as you having accepted the Plan**

The undersigned, a creditor of the above debtor in the unpaid principal amount of **$92,867.00**

Check One:

_____X_____ (Accepts)          Class: 3      Unsecured

_____ (Rejects)

                                  The Plan of Reorganization filed by the debtors in the above case.

Dated: _9/2/11_

                                  Name:    **PR DEPARTMENT OF LABOR**

                                  Signed:  _____.

                                  Address: PR Department of Labor
                                           Collection Unit - 12 Floor
                                           505 Muñoz Rivera Ave.
                                           San Juan, PR 00918

Please return this ballot on or before October 7, 2011 to:

**WIGBERTO LUGO MENDER, ESQ.**
**CENTRO INTERNACIONAL DE MERCADEO**
**CARR. 165 TORRE I SUITE 501**
**GUAYNABO PR 00968**
**Tel. (787) 707-0404    Fax (787) 707-0412**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled | Manuel López Cortes | | | | | | | | | | | | | |
| | **_Equity Security Interest Holder_** | | | | | | | | | | | | | |
| Scheduled | Mr & Mrs. Aviles Cordero | | | | | | | | _No Dividend throught the Plan._ | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 1,441,902 | $ - | $ - | $ - | $ 107,105 | $ - | $ - | $ - | $ - | $ - |

**_RECONCILIATION OF ACCEPTANCES AND REJECTIONS PER CLASS_**

| | NUMBER OF CREDITORS | | | | DOLLAR AMOUNT OF CLASS | | | | Class Accepted |
|---|---|---|---|---|---|---|---|---|---|
| | Creditors Voting | Creditors Accepting | Creditors Rejecting | Rate of Accepting | $ Amount Voting | Creditors Accepting | Creditors Rejecting | Rate of Accepting | |
| Class I | No Vote | | | | | | | | |
| Class II | 1 | 0 | 1 | 0% | $ 1,441,902 | $1,441,902 | $ - | 100% | **YES** |
| Class III | No Vote | | | | | | | | |
| Class IV | 2 | 2 | 0 | 100% | $ 107,105 | $ 107,105 | $ - | 100% | **YES** |
| Class ART III | No Vote | | | | | | | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| FUN VALLEY PARK INC. | * | CASE NO. 10-08563 (BKT) |
| | * | |
| | * | |
| DEBTOR | * | CHAPTER 11 |

*********************************************

## BALLOT FOR CREDITORS ACCEPTING OR REJECTING PLAN

The plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than on-half in number of claims in each Class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the Class rejecting it. **To have your vote count, you must complete and return this ballot. If your ballot is not received and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan. If the ballot is signed and not marked as an acceptance or rejection, it will be deemed as you having accepted the Plan**

The undersigned, a creditor of the above debtor in the unpaid principal amount of **$14,238.00**

Check One:

_____X_____ (Accepts)        Class: 3        Unsecured

_____ (Rejects)

Dated: 9/2/11

The Plan of Reorganization filed by the debtors in the above case.

Name:    **PR DEPARTMENT OF LABOR**

Signed: _____.

Address:    PR Department of Labor
Collection Unit - 12 Floor
505 Muñoz Rivera Ave.
San Juan, PR 00918

Please return this ballot on or before October 7, 2011 to:

**WIGBERTO LUGO MENDER, ESQ.
CENTRO INTERNACIONAL DE MERCADEO
CARR. 165 TORRE I SUITE 501
GUAYNABO PR 00968
Tel. (787) 707-0404    Fax (787) 707-0412**



*EXHIBIT 3*

**FunValley Park Inc.**
**Case No. 10-08563 BKT**
**PAYMENTS UNDER THE PLAN OF REORGANIZATION**

Dated: December 1, 2011
Last POC: 19
-

| CREDITOR | CLAIM NUMBER | CLAIM CLASS | PLAN CLASS | | CLAIM AMOUNT | ALLOWED AMOUNT | ALLOWED PLAN | Monthly Payment | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Administrative Expenses** | | | | | | | | | | | | | |
| W. Lugo Mender - Attorney's Fees | Estimated | Adm. | 1 | | 5,000 | 5,000 | 5,000 | - | 5,000 | - | - | - | - |
| US Trustee - Quarterly Fees | Estimated | Adm. | 1 | | 975 | 975 | 975 | - | 975 | - | - | - | - |
| PR Department of Labor | Estimated | Adm. | 1 | | 4,659 | 4,659 | 4,659 | - | 4,659 | - | - | - | - |
| PR Department of Treasury | Estimated | Adm. | 1 | | 16,088 | 16,088 | 16,088 | - | 16,088 | - | - | - | - |
| Internal Revenue Services | Claim # 19-2 | Adm. | 1 | | 26,603 | 26,603 | 26,603 | - | 26,603 | - | - | - | - |
| **Total** | | | | | 53,325 | 53,325 | 53,325 | - | 53,325 | - | - | - | - |
| | | | | | | | | | | | | | |
| **Secured Claims** | | | | | | | | | | | | | |
| Banco Desarollo | 7 | S | 2.1 | | 1,441,902 | 1,441,902 | 1,441,902 | 2,000 | 36,000 | 92,885 | 92,885 | 92,885 | 92,885 |
| US Small Business | Scheduled | S | 2.2 | | 720,000 | 720,000 | 720,000 | - | - | 42,504 | 42,504 | 42,504 | 42,504 |
| | | | | | | | | | | | | | |
| **Priority Claims** | | | | | | | | | | | | | |
| CRIM | 1-3 | Taxes | Art. III | | 3,285 | 3,285 | 3,285 | 64 | 762 | 762 | 762 | 762 | 762 |
| Internal Revenue Services | 2-3 | S | Art. III | | 494,981 | 494,981 | 494,981 | 9,569 | 114,832 | 114,832 | 114,832 | 114,832 | 114,832 |
| Internal Revenue Services | 2-3 | Taxes | Art. III | | 38,898 | 38,898 | 38,898 | 752 | 9,024 | 9,024 | 9,024 | 9,024 | 9,024 |
| CRIM | 6 | S | Art. III | | 57,567 | 57,567 | 57,567 | 1,113 | 13,355 | 13,355 | 13,355 | 13,355 | 13,355 |
| State Insurance Fund Corporation | 14 | Taxes | Art. III | | 10,114 | 10,114 | 10,114 | 196 | 2,346 | 2,346 | 2,346 | 2,346 | 2,346 |
| PR Department of Treasury | 16 | S | Art. III | | 203,737 | 203,737 | 203,737 | 3,939 | 47,266 | 47,266 | 47,266 | 47,266 | 47,266 |
| PR Department of Treasury | 16 | Taxes | Art. III | | 60,996 | 60,996 | 60,996 | 1,179 | 14,151 | 14,151 | 14,151 | 14,151 | 14,151 |
| PR Dept of Labor-Unemployment | 17 | Taxes | Art. III | | 35,152 | 35,152 | 35,152 | 680 | 8,155 | 8,155 | 8,155 | 8,155 | 8,155 |
| PR Dept of Labor-Disability | 18 | Taxes | Art. III | | 4,422 | 4,422 | 4,422 | 85 | 1,026 | 1,026 | 1,026 | 1,026 | 1,026 |
| Municipio de Arecibo | Scheduled | Taxes | Art. III | | - | - | - | - | - | - | - | - | - |
| **Total** | | | | | 909,153 | 909,153 | 909,153 | 17,576 | 210,918 | 210,918 | 210,918 | 210,918 | 210,918 |
| | | | | | | | | | | | | | |
| **General Unsecured Creditors** | | | | | | | | | | 20,000 | - | - | - |
| CRIM | 1-2 | U | 3 | | 23,122 | 23,122 | 23,122 | | | 849 | - | - | - |
| Internal Revenue Services | 2-3 | U | 3 | | 6,199 | 6,199 | 6,199 | | | 228 | - | - | - |
| Department of Labor-Manuel Hernandez | 3 | U | 3 | U/D | 3,596 | 3,596 | 3,596 | | | 132 | - | - | - |
| Autoridad Energia Electrica | 4 | U | 3 | | 12,695 | 12,695 | 12,695 | | | 466 | - | - | - |
| Progressive Finance & Investment | 5 | U | 3 | U/D | 43,204 | 43,204 | 43,204 | | | 1,587 | - | - | - |
| CRIM | 6 | U | 3 | | 12,895 | 12,895 | 12,895 | | | 474 | - | - | - |
| Department of Labor-Brayanet Rivera | 8 | U | 3 | U/D | 3,153 | 3,153 | 3,153 | | | 116 | - | - | - |
| Autoridad de Acueductos & Alc. | 9 | U | 3 | | 2,760 | 2,760 | 2,760 | | | 101 | - | - | - |
| Department of Labor-Jaritza Rosa Stago | 10 | U | 3 | | 1,269 | 1,269 | 1,269 | | | 47 | - | - | - |
| Department of Labor-Johnny Muñiz Almeda | 11 | U | 3 | | 4,200 | 4,200 | 4,200 | | | 154 | - | - | - |
| Luisa Segarra Martinez | 12 | U | 3 | U/D | 250,000 | 250,000 | 250,000 | | | 9,182 | - | - | - |
| Orlando Hernandez & Monia Stago | 13 | U | 3 | U/D | 4,200 | 4,200 | 4,200 | | | 154 | - | - | - |
| State Insurance Fund Corporation | 14 | U | 3 | | 46,780 | 46,780 | 46,780 | | | 1,718 | - | - | - |
| Department of Labor-Carmen M Robles | 10 | U | 3 | | 2,698 | 2,698 | 2,698 | | | 99 | - | - | - |
| PR Department of Treasury | 16 | U | 3 | | 20,686 | 20,686 | 20,686 | | | 760 | - | - | - |
| PR Dept of Labor-Unemployment | 17 | U | 3 | | 92,867 | 92,867 | 92,867 | | | 3,411 | - | - | - |
| PR Dept of Labor-Disability | 18 | U | 3 | | 14,238 | 14,238 | 14,238 | | | 523 | - | - | - |
| Manuel López Cortes | Scheduled | U | 3 | U/D | 22,914 | - | - | | | - | - | - | - |
| **Total** | | | | | 567,476 | 544,561 | 544,561 | | | 20,000 | - | - | - |
| | | | | | | | | | | | | | |
| **Equity Security Interest Holder** | | | | | | | | | | | | | |
| Mr & Mrs. Aviles Cordero | Scheduled | Insiders | 4 | | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Overall Total** | | | | | $ 3,691,855 | $ 3,668,940 | $ 3,668,940 | $ 19,576 | $ 300,242 | $ 366,307 | $ 346,307 | $ 346,307 | $ 346,307 |